**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:      Dana Jermine Banks, Debtor             Case No. 22-02138-KMS
                                                                                     CHAPTER 13

## MOTION TO DISBURSE FUNDS

COMES NOW, Thomas Rollins, and moves this Court to direct the disbursement of funds, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. That the bankruptcy case was dismissed on August 22, 2023 for failure to pay plan payments.
3. That the Trustee has $665.00 on hand.
4. That The Rollins Law Firm, PLLC has a priority claim for attorney's fees with a balance of $2,885.96.
5. That the Trustee should disburse the funds on hand to The Rollins Law Firm as payments towards the priority claim for attorney's fees.

WHEREFORE, Debtor prays that an order directing the disbursement of funds be entered and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion was forwarded on August 22, 2023, to the creditors, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.